■ MARGARET MILLS et al., Appellants, v. RUEL C. CONSTABLE et al., Defendants, and ASTOR TRANSPORTATION CORP. et al., Respondents.— In a negligence action to recover damages for personal injuries sustained by plaintiff Margaret Mills and for medical expenses, etc., incurred by her husband coplaintiff, plaintiffs appeal (by permission) from an order of the Appellate Term of the Supreme Court, for the 2nd and 11th Judicial Districts, dated June 20, 1972, which (1) reversed an order of the Civil Court of the City of New York, Queens County, dated February 9, 1971, setting aside a jury verdict, as to the amount only, for plaintiffs against defendants Sawyer and Astor Transportation Corporation, as inadequate, and ordering an assessment of damages against said defendants, and (2) reinstated the jury verdict. Order of the Appellate Term reversed, with costs in this court and with $25 costs in the Appellate Term, and order of the Civil Court reinstated. The Trial Judge properly exercised discretion in setting aside the verdict as inadequate and in ordering a new trial on the issue of damages. Hopkins, Acting P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY DIAMOND, HERMAN NOMBERG and NATHANIAL MILLER, Appellants.— Three judgments (one as to each defendant) of the Supreme Court, Queens County, all rendered February 9, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to require defendants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd. 5). Latham, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD E. GIRTMAN, Appellant.— Judgment of the County Court, Nassau County, rendered March 22, 1971 on resentence, affirmed. (See *People* v. *Duffy,* 44 A D 2d 298.) Latham, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY HAMLIN, Appellant.— Judgment of the County Court, Nassau County, rendered July 20, 1973 on resentencing, affirmed. No opinion. Appeal from judgment of the same court rendered May 1, 1973 dismissed as academic. That judgment was superseded by the judgment rendered July 20, 1973 on resentence. Latham, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.